**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER MIELO and JOSEPH SNYDER, individually and on behalf of all others similarly situated, | ) ) ) ) Civil Action No. 2:15-cv-00263-CRE |
| Plaintiffs, | ) ) Honorable Cynthia Reed Eddy |
| v. | ) ) ***ELECTRONICALLY FILED*** |
| NATIONAL RETAIL PROPERTIES, INC. and NATIONAL RETAIL PROPERTIES TRUST, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT'S MOTION TO ENFORCE SETTLEMENT**

Defendants, National Retail Properties, Inc. and National Retail Properties Trust (collectively "National Retail"), by and through its undersigned counsel, moves to enforce the settlement agreement entered into between the parties over one (1) year ago. In support of this motion, Defendants file a Memorandum of Law contemporaneously herewith.

Respectfully submitted,

**JACKSON LEWIS P.C.**

Dated: March 21, 2017   By: */s/ Marla N. Presley*
Marla N. Presley
PA ID No. 91020
marla.presley@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 232-0404 | Telephone
(412) 232-3441 | Facsimile

*Counsel to Defendant*