IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MIELO and JOSEPH SNYDER, individually and on behalf of all others similarly situated, | ) ) ) ) Civil Action No. 2:15-cv-00263-CRE ) |
| Plaintiffs, | ) Honorable Cynthia Reed Eddy ) |
| v. | ) ***ELECTRONICALLY FILED*** ) |
| NATIONAL RETAIL PROPERTIES, INC. and NATIONAL RETAIL PROPERTIES TRUST, | ) ) ) ) |
| Defendants. | ) |

## PROPOSED ORDER OF COURT

AND NOW, this 17th day of April, 2017, upon consideration of Defendants' Motion to Withdraw their Motion to Enforce Settlement, it is hereby ORDERED, that Defendants' Motion is GRANTED and Defendants' Motion to Enforce Settlement at ECF No. 42 is hereby withdrawn.

BY THE COURT:

_Cynthia R Eddy_, J.